MICHAEL BAILEY
United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2019 MAY 22   PM 4:42

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-01337 TUC-CKJ(MSD)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | I N D I C T M E N T |
|---|---|
| Plaintiff, | Violation: |
| vs. | 18 U.S.C. § 554(a) |
| Jesus Adrian Ramirez, | (Smuggling Goods From the United States) |
| Defendant. | Count 1 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

Between or about June 21, 2018, and June 27, 2018, at or near Nogales, in the District of Arizona, JESUS ADRIAN RAMIREZ knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit, firearms and firearm components, including: one 40 round AK-47 variant firearm magazine, two AK-47 variant firearm barrels, two AK-47 variant firearm bolts, two AK-47 variant firearm bolt springs, two AK-47 variant firearm gas pistons, and one AR variant firearm unfinished lower receiver; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal

Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

A TRUE BILL

/s/

_____
Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

Assistant U.S. Attorney

Dated:   May 22, 2019