MICHAEL BAILEY
United States Attorney
District of Arizona
ANGELA W. WOOLIRDGE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: angela.woolridge@doj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-1337-TUC-CKJ (MSA) |
|---|---|
| Plaintiff, | |
| vs. | CONSENT TO MAGISTRATE JUDGE |
| Jesus Adrian Ramirez, | |
| Defendant. | |

Jesus Adrian Ramirez, through counsel, submits the following consent:

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge for the Change of Plea hearing in the above-captioned case.

Respectfully submitted this ___4th___ day of September, 2020.

9-4-20
_____
Date

_____
Jesus Adrian Ramirez
Defendant

5-4-20
_____
Date

_____
Alejandro Munoz, Esq.
Attorney for the Defendant

ANGELA WOOLRIDGE
Digitally signed by ANGELA WOOLRIDGE
Date: 2020.09.04 15:59:54 -07'00'

_____
Date

_____
Angela W. Woolridge
Assistant U.S. Attorney